FILED
Clerk
District Court

SEP 02 2005

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GLENDA R. TINAY, | ) | Civil Action No. 05-0003 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER AFTER |
| | ) | STATUS CONFERENCE |
| RICARDO P. BAUTISTA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

THIS MATTER came before the court on Friday, September 2, 2005, for the status conference set by the case management scheduling order of May 25, 2005. Plaintiff appeared by and through her attorney, Joe Hill; defendant did not appear and no attorney made an appearance on his behalf. NOW, THEREFORE,

IT IS ORDERED that within thirty days of the date of entry of this order, defendant shall file an appearance indicating that he will represent himself *pro se* or, in the alternative, an attorney shall enter an appearance on defendant's behalf. Should

defendant fail to take either of these steps, the court may conclude that defendant has abandoned his case and, upon proper motion of plaintiff, may strike defendant's answer of May 5, 2005, and enter default judgment against him. Should that occur, the court will set a hearing on damages without further notice to defendant.

IT IS SO ORDERED.

DATED this 2ND day of September, 2005.

                                                    ALEX R. MUNSON
                                                         Judge

AO 72
(Rev. 8/82)