Case 1:05-cv-00003   Document 34   Filed 10/28/2005   Page 1 of 2

FILED
Clerk
District Court

OCT 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GLENDA R. TINAY,<br><br>  Plaintiff<br><br>  v.<br><br>RICARDO P. BAUTISTA,<br><br>  Defendant | Civil Action No. 05-0003<br><br>ORDER AFTER SCHEDULED<br>SETTLEMENT CONFERENCE |

THIS MATTER came before the court on Friday, October 28, 2005, for the settlement conference set by the case management scheduling order of May 25, 2005. Plaintiff appeared by and through her attorney, Joe Hill; defendant again failed to appear and no attorney made an appearance on his behalf.  NOW, THEREFORE,

IT IS ORDERED that, pursuant to the case management conference scheduling order, the prior orders of this court, and the court's October 11, 2005, letter to defendant, defendant shall, on or before the pretrial conference set for

November 18, 2005, take the steps required of him. If he fails to do so, the court may conclude that defendant has abandoned his case and, upon proper motion of plaintiff, may strike defendant's answer of May 5, 2005, and enter default judgment against him. Should that occur, the court will set a hearing on damages without further notice to defendant.

    IT IS SO ORDERED.

    DATED this 28th day of October, 2005.

                                                */s/ Alex R. Munson*
                                                ALEX R. MUNSON
                                                      Judge

AO 72
(Rev. 8/82)