FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GLENDA R. TINAY,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO P. BAUTISTA, JR.,<br><br>Defendants. | Civil Action No. 05-0003<br><br><br>Order Rescheduling Pre-Trial<br>Conference Time |

Joe Hill
Attorney at Law
P.O. Box 500917
Saipan, MP 96950

IT IS ORDERED THAT the Pre-Trial Conference scheduled for Friday, November 18, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED THIS 14th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)

35