FILED
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GLENDA R. TINAY, ) | Civil Action No. 05-0003 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER STRIKING ANSWER |
| ) | OF DEFENDANT and |
| RICARDO P. BAUTISTA, ) | ENTERING DEFAULT |
| ) | AGAINST HIM |
| Defendant ) | |
| _____ ) | |

THIS MATTER came before the court on Friday, November 18, 2005, for the final pretrial conference set by the case management scheduling order of May 25, 2005. Plaintiff appeared by and through her attorney, Joe Hill; defendant again failed to appear and no attorney made an appearance on his behalf. NOW, THEREFORE,

IT IS ORDERED that, based upon plaintiff's oral motion this date, the court's prior, unheeded warnings to defendant, and defendant's repeated failures to appear, defendant's answer of May 5, 2005, be and hereby is stricken and default is

AO 72
(Rev. 8/82)

entered against him.

These actions are taken due to defendant's failure to appear at the September 2, 2005, status conference, at the October 28, 2005, mandatory settlement conference, and at today's final pre-trial conference. Additionally, defendant has failed to adhere to any part of the May 25, 2005, case management conference scheduling order, and the court's October 11, 2005, letter to defendant, which notified defendant (for the second time; see, "Order After Status Conference," (Sept. 2, 2005))[1] that sanctions, including striking his answer and entering default against him, could be imposed if he continued to ignore his duties in this lawsuit and the court ultimately concluded that he had abandoned his defense of the claim against him. Accordingly,

Defendant's answer has been stricken and default has been entered against him. Upon proper motion of defendant, the court will set a hearing on damages

---

[1] Defendant was warned for a third time in the court's "Order After Scheduled Settlement Conference" (Oct. 28, 2005) that his answer might be stricken and default entered against him if he continued to fail to defend this action.

without further notice to defendant.

    IT IS SO ORDERED.

    DATED this 18th day of November, 2005.

                                               */s/ Alex R. Munson*
                                               ALEX R. MUNSON
                                                     Judge

AO 72
(Rev. 8/82)