FILED
Clerk
District Court

NOV 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GLENDA R. TINAY, | ) | Civil Action No. 05-0003 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER TAKING |
| | ) | TRIAL OFF-CALENDAR |
| RICARDO P. BAUTISTA, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Given the November 18, 2005, entry of default against defendant,

IT IS ORDERED that the November 28, 2005, trial in this matter be and hereby is taken off-calendar.

DATED this 22nd day of November, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)