FILED
Clerk
District Court

OCT - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GLENDA R. TINAY, | ) | Civil Action No. 05-0003 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER CLOSING FILE |
| | ) | |
| RICARDO P. BAUTISTA, | ) | |
| | ) | |
| Defendant | ) | |

There having been no activity in this file since default was taken against defendant on November 18, 2005, NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed, except that it may be re-opened if and when post-default activity is taken by plaintiff.

DATED this 6th day of October, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)