F I L E D
Clerk
District Court

JUN 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GLENDA R. TINAY, | ) | Civil Action No. 05-0003 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER CORRECTING |
| | ) | MISTAKE IN PRIOR ORDER |
| RICARDO P. BAUTISTA, | ) | and |
| | ) | SETTING HEARING ON |
| Defendant | ) | DAMAGES |
| | ) | |

BASED UPON the *ex parte* motion of plaintiff, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the court's order of November 18, 2005, be and hereby is amended to correct a mistake; that is, that the word "defendant" in the phrase "upon proper motion of defendant," shall be replaced with the word "plaintiff;" and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that a hearing on plaintiff's motion for damages shall be held on **Thursday, July 5, 2007, at 9:00 a.m.** Notice of the hearing does not need to be provided to the defaulted defendant.

DATED this 25th day of June, 2007.

                                                ALEX R. MUNSON
                                                          Judge

AO 72
(Rev. 08/82)