# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0003                                                                 July 5, 2007
                                                                           9:10 a.m.

**Glenda R. Tinay -vs- Ricardo P. Bautista**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Ellia Ciammaichella, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Joe Hill, Attorney for Plaintiff


PROCEEDINGS:   MOTION FOR DAMAGES

Plaintiff was represented in court by Attorney Joe Hill. Defendant did not appear.

Court announced that the case was now re-opened.

Attorney Hill called the plaintiff to the witness stand:

**GLENDA R. TINAY** (Plaintiff) DX.  Plaintiff offered Ex. 1 (employment contract) into evidence; no objection, Court so ordered.  Plaintiff offered Ex. 2 (Accounting of Wages) into evidence; no objection, Court so ordered.

Attorney Hill argued on behalf of Plaintiff for damages.

Court, after hearing all argument, GRANTED the damages as prayed for in Plaintiff's Ex. 2 and GRANTED liquidated damages and reasonable attorney fees and stated that an order would be forthcoming.

                                                   Adjourned 10:00 a.m.


                                                   /s/ K. Lynn Lemieux, Courtroom Deputy