JOE HILL
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Phone: 670/ 234-6806/7743
FAX: 670/ 234-7753

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **GLENDA R. TINAY,** | **Civil Action No. 05-0003** |
| Plaintiff, | **PLAINTIFF'S *EX-PARTE* MOTION TO CORRECT CLERICAL MISTAKE UNDER RULE 60(a) Fed. R. Civ. P.** |
| vs. | |
| **RICARDO P. BAUTISTA,** | |
| Defendant. | Date: _____<br>Time: _____<br>Judge: Hon. Alex R. Munson |

## MOTION

**NOW COMES**, Plaintiff Glenda R. Tinay, by the through her attorney, Joe Hill, and hereby moves this Honorable Court *ex parte* to correct a clerical mistake pursuant to Fed. R.Civ. P. Rule 60(a). This motion is supported by the Memorandum of Points and Authorities set forth below, together with the other files and papers of record herein.

1. Under Rule 60(a), Fed. R. Civ. P., clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or

-1-

omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders. Clerical mistakes are minor, ministerial errors arising from simple oversight or omission, rather than substantial factual or legal errors. *See* In re West Texas Mktg. Corp., 12 F. 3d 497, 504-05 (5th Cir. 1994).

2. On July 06, 2007, Entry of Default Judgment was entered by this honorable court against the defendant Ricardo P. Bautista, Jr. In the said Default Judgment, the court stated, "Accordingly, the court reopened the case pursuant to its Order Closing File, No. 38(Oct.6, **2007**)."

3. The underlined date "2007" in the said Default Judgment should read "2006" and is clearly a clerical or typographical error.

### CONCLUSION

Pursuant to Fed. R.Civ. P. Rule 60(a), it is respectfully requested that the date "2007" on page 1, line 15 of the court's Entry of Default Judgment dated July 06, 2007 be determined to have been a typographical or clerical error and stricken, and replaced with the date "2006" to reflect the court's actual intention and the necessary implication of its Order and a corrected judgment be entered.

**SIGNED** this 12th day of July, 2007.

/S/ _____
**JOE HILL**
Attorney for Plaintiff

Page 2